# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York

> The requested schedule for sentencing submissions proposed by the parties is granted, such that defendant's submission is due February 12, 2024 and the government's submission is due February 26, 2024. The Court cannot at this time accommodate the request to advance the sentencing date but will advise the parties promptly should an earlier date become available. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 32).
>
> SO ORDERED.
>
> */s/ Philip M. Halpern*
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 7, 2024

Honorable Phillip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: **United States v. Brian Reed**
      23 CR 467 (PMH)

Dear Judge Halpern:

      With the consent of the Government, I write to request that the Court advance the sentencing date in the above-captioned case, currently scheduled for May 2, 2024. As the Court may recall, at the time of Mr. Reed's guilty plea, the defense asked for an earlier sentencing date. The request was based in part on Mr. Reed's need for mental health treatment, which he has not been receiving (other than prescribed medications) during his time in custody, and in part due to the long time the case has been pending (almost two years).

      At the time of the plea, the Court indicated that if the parties filed their submissions early, the Court would review its calendar and endeavor to find an earlier date for sentence. The final presentence report has now been prepared and reviewed by all parties. I, therefore, request the following schedule: defense submission due February 12, Government submission due February 26, with a sentencing date in March, any date after March 13, 2024.

      Respectfully submitted,

      */s/ Jennifer Brown*
      Jennifer L. Brown
      Attorney in Charge
      Federal Defenders of New York
      Tel: (646) 763-1420

cc:    Marica Cohen, Esq.
        Brian Reed