UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

BRIAN REED,
                        Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:23-cr-00467-PMH

On February 7, 2024, the Court advised the parties that the Court would advance the May 2, 2024 sentencing date if an earlier date became available (Doc. 32). Accordingly, sentencing in this matter currently scheduled for May 2, 2024 is rescheduled to March 26, 2024 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 11, 2024

_____
Philip M. Halpern
United States District Judge